UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

VALLIENT MOORE,

                        Petitioner,

    v.

BRIAN WILLIAMS, *et al.*,

                        Respondents.

Case No. 2:18-cv-02190-MMD-VCF

ORDER

Good cause appearing, Respondents' motion for enlargement of time (ECF No. 5) is granted. Respondents will have until March 15, 2019, to answer or otherwise respond to the petition for writ of habeas corpus in this case.

DATED THIS 7th day of January 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE