UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

VALLIENT MOORE,

Petitioner,

v.

BRIAN WILLIAMS, *et al.*,

Respondents.

Case No. 2:18-cv-02190-MMD-VCF

ORDER

Good cause appearing, Respondents' second motion for enlargement of time (ECF No. 7) is granted. Respondents will have until April 15, 2019, to answer or otherwise respond to the petition for writ of habeas corpus in this case.

DATED THIS 12th day of March 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE